Commonwealth ex rel. Jordan, Appellant, *v.*
Maroney.

Submitted November 9, 1964.

*Robert Jordan,* appellant, in propria persona; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.